UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MIRAGE PUTTING GREENS INTERNATIONAL, INC., an Arizona corporation and LAZYLAWN INTERNATIONAL, INC., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOE PANTEL, an individual; and doing business as SURFSIDE CONCEPTS, a foreign entity; DOES I through X; and ROE CORPORATIONS I through X,<br><br>    Defendants. | 2:08-cv-00167-RLH-LRL |

**DISMISSAL BY COURT FOR WANT OF PROSECUTION**

It appearing to the Court that this action has been pending in this Court for more than one year without any proceeding having been taken therein during such period; now therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and it hereby is, dismissed as to ALL parties without prejudice for want of prosecution pursuant to provisions of LR 41-1.

Dated this    14TH   day of         March        , 2011.

_____
ROGER L. HUNT
CHIEF UNITED STATES DISTRICT JUDGE